UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUALNET INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-3895 |
| | § | |
| JORGE BELLAS | § | |
| and | § | |
| TELEFYNE INC., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff's motion for summary judgment on all claims asserted by all parties in this case. The Court has determined that all of those claims are appropriate for resolution, in favor of one party or the other, at the summary judgment stage. The Court therefore notifies Plaintiff, as required by FED. R. CIV. P. 56(c), that any additional briefing in opposition to a grant of summary judgment for either or both Defendants must be filed within ten (10) days of this Memorandum and Order.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 13th day of June, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.